# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CLIFTON THOMAS**                                         **PLAINTIFF**

v.                            No. 4:18-cv-598-DPM

**DOC HOLLADAY, Pulaski County Jail**                      **DEFENDANT**

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2018